UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 07500
  MELISSA ANN SHANDS
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-3970

--------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/28/08 and confirmed on 05/23/08.

     2.  The case was dismissed after confirmation, 10/03/2008.

     3.  The Debtor paid a total of $  1007.00 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------
EVERHOME MORTGAGE CO    CURRENT MORTG        .00            .00           .00
EVERHOME MORTGAGE CO    MORTGAGE ARRE     477.59            .00        477.59
APOLLO PROCESSING       UNSECURED      NOT FILED            .00           .00
CITIBANK NA             UNSECURED      NOT FILED            .00           .00
FIRST PREMIER BANK      UNSECURED      NOT FILED            .00           .00
DELL FINANCIAL SERVICES UNSECURED       1789.23            .00        304.06
ROUNDUP FUNDING LLC     UNSECURED        603.10            .00        102.49
JEFFERSON CAPITAL SYSTEM UNSECURED       393.94            .00         66.95
            Summary of disbursements:
--------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
--------------------------------------------------------------------
TOTAL CLMS ALLOWED   477.59       .00      2786.27         .00      3263.86
PRINCIPAL PAID       477.59       .00       473.50         .00       951.09
INTEREST PAID           .00       .00          .00         .00          .00
TOTAL PAID           477.59       .00       473.50         .00       951.09
The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $  3500.00
and was paid $  3500.00  direct and $     .00  through the plan.

The Trustee received $     55.91 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/14/09                    /S/
                                  GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 08 B 07500 MELISSA ANN SHANDS